DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
BLAINE T. WELSH
Chief, Civil Division
ELIZABETH FIRER
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8937
Fax: (415) 744-0134
E-mail: elizabeth.firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERICHO GOZUM, | ) No. 2:16-cv-01248-JAD-PAL |
| | ) |
| Plaintiff, | ) **STIPULATION FOR VOLUNTARY** |
| | ) **REMAND PURSUANT TO SENTENCE** |
| v. | ) **FOUR OF 42 U.S.C. § 405(g) AND FOR** |
| | ) **ENTRY OF JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | )    AND ORDER |
| | ) |
| Defendant. | )    ECF No. 11 |
| | ) |

IT IS HEREBY STIPULATED, by and between Jericho Gozum (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

1    On remand, the Commissioner will conduct any necessary further proceedings and issue

2   a new decision.  The parties further request that the Clerk of the Court be directed to enter a final

3   judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

4   Commissioner.

5

6   DATE:  October 6, 2016                          Respectfully submitted,

7                                                   DANIEL G. BODGEN
                                                    United States Attorney
8

9                                                   /s/ *Elizabeth Firer*
                                                    ELIZABETH FIRER
10                                                  Special Assistant United States Attorney

11

12   DATE:  October 6, 2016                         Respectfully submitted,

13                                                  s/ *Mark A. Rouse*
                                                    MARK A. ROUSE
14                                                  Attorney for Plaintiff
                                                    (per email authorization)
15
                                    **ORDER**
16
     Based on the parties' stipulation [11], and with good cause appearing and no reason
17   to delay, IT IS HEREBY ORDERED that this action is REMANDED for further
     administrative action.  All pending motions are DENIED as moot.  The Clerk of Court
18   is instructed to enter a final judgment in favor of the plaintiff and against the
19   defendant, reversing the Commissioner's final decision.

20                                   _____

21                                   Jennifer Dorsey, U.S. District Judge
                                     October 7, 2016
22

23

24

25

26

27

28

Stipulation for Voluntary Remand, No. 2:16-cv-01248-JAD-PAL