AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Jericho Gozum

              Plaintiff,

V.

Carolyn W. Colvin

              Defendant.

**JUDGMENT IN A CIVIL CASE**
**for ATTORNEY FEES**

Case Number: 2:16-cv-01248-JAD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment has been entered as follows: the Commissioner is directed to send Gozum's attorney, Mark A. Rouse, $6,120.15, less any applicable processing fees allowable by statute.

8/08/2017                                 /s/ Debra K. Kempi

Date                                          Clerk

                                                   /s/ Angela Reyes

                                                   (By) Deputy Clerk